# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| D. M.<br>M. M., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00528-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Ann Clark<br>Ernest Saxton<br>Charlotte-Mecklenburg County Board of Education<br>Margie Brice, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2017 Order.

May 15, 2017

_____
Frank G. Johns, Clerk
United States District Court